# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE NORTHEASTERN DIVISION

| | |
|---|---|
| SECURITY NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:13-cv-00081 ) |
| FIRST COMMUNITY CORPORATION and FIRST COMMUNITY BANK OF EAST TENNESSEE, | ) ) ) ) ) |
| Defendants. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL, WITH PREJUDICE

In accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate that the Plaintiff's Complaint for Declaratory Judgment [Dkt. 1], the Defendants' Counterclaim [Dkt. 6], and the Defendants' Amended Counterclaim [Dkt. 13] are all hereby dismissed, with prejudice, with each party bearing its own respective attorneys' fees and costs.

Dated: March 17, 2014

Respectfully submitted,

/s/ Jeffrey S. Price
Jeffrey S. Price        BPR 19950
MANIER & HEROD
150 Fourth Avenue North, Suite 2200
Nashville, TN 37219
Phone: (615) 244-0030
JPrice@manierherod.com
*Attorneys for Plaintiff*

*and*

/s/ Jimmie C. Miller (with permission)
Jimmie C. Miller        BPR 09756
Christopher G. Cameron  BPR 30933
HUNTER, SMITH & DAVIS, LLP
P. O. Box 3740
Kingsport, TN 37664
Phone: (423) 378-8852
jmiller@hsdlaw.com

*Attorneys for Defendant*